UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Curtis McDaniel
_____

Write the full name of each plaintiff.

19 CV 3526

No. _____

(To be filled out by Clerk's Office)

-against-

The People of The
State Of New York
_____

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

RECEIVED
SDNY PRO SE OFFICE
2019 APR 19 PM 2:22
S.D. OF N.Y.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☑ Other: False Imprisonment

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Curtis / O / McDaniel
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

3491901551 B    00474252B

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Current Place of Detention

18-18 Hazen St
Institutional Address

E. Elmhurst / N.Y. / 11370
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other:

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

First Name    Last Name    Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City    State    Zip Code

Defendant 2:

First Name    Last Name    Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City    State    Zip Code

Defendant 3:

First Name    Last Name    Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City    State    Zip Code

Defendant 4:

First Name    Last Name    Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City    State    Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: 100 Center Street, N.Y. N.Y 10007

Date(s) of occurrence: 6/21/2018

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I was arrest in cour one month after the incedent complaint I was bea up and hit with a stun gun. The complaint was done by a another man saying we had a fight. I suffered injurys to the face and head do the multiple punchs during the fight and the assalt called the police while I was trying to leave the apartment and I was all recorded on a police call. 3 month later I was arreeted in court on a nother criminal case and was beat up by the police hit with a stun gun and sent to the hospital. The case was dismissed doo to speedy trail provisions. by Judge th

Vexatious Litigation

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I was take to bekview and stun gun metal prong where pulled out of me. I had punch and knee strikes to the face that where unreported and was rape in a cloth with I have esthmera and take to the hospital discomfort, injury to health, my money wasn't vouche in the sight amount arrest from court

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

My property was broker phone screen cracked chain poped cloth ripped sneakers destroyed

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 4/12/19

Plaintiff's Signature: *Curtis McDaniel*

First Name: Curtis
Middle Initial: O
Last Name: McDaniel

Prison Address: 2745 Fredrick Douglas blvd apt 2C

County, City: New York
State: N.Y.
Zip Code: 10029

Date on which I am delivering this complaint to prison authorities for mailing: 4/12/19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

# DISCOVERY

> This guide is intended to be a summary of basic discovery procedures. The statements in this guide do not constitute legal advice and may not be cited as legal authority. This guide does not take the place of the Federal Rules of Civil Procedure, this court's local rules, or the individual practices and orders of the judges of this court. Parties using this guide remain responsible for complying with all applicable rules of procedure.

## Introduction to Discovery

### What is discovery?

- Discovery is the process through which the parties exchange information that may be helpful to prove their claims or defenses.
- The discovery process is governed by Federal Rules of Civil Procedure 26–37, 45, and the court's Local Civil Rules.
- Discovery generally begins after the defendant files an answer, the parties hold a discovery planning conference, and the judge issues a scheduling order.
- The discovery process is designed to go forward between the parties with minimal court involvement. Discovery issues should only be raised with the court if the parties have a dispute and cannot resolve the disagreement themselves.
- This packet will discuss the different discovery methods.
- Although many of the instructions below refer to "you," the requirements described apply to all parties.

### How do I serve discovery requests and responses?

- A discovery request or response can be served by any method described in Federal Rule of Civil Procedure 5(b), including:
    - by mailing it
    - by handing it to the person
    - by leaving it at the person's office with a clerk or person in charge, or
    - by emailing it, if the parties have agreed to exchanging documents by email.
- To serve a discovery request on a nonparty (where permissible), you must follow the procedures in Federal Rule of Civil Procedure 45.

```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK                          CERTIFICATE OF DISPOSITION
                                                  NUMBER:  559572
THE PEOPLE OF THE STATE OF NEW YORK
               VS

MCDANIEL,CURTIS O                                  08/05/1989
Defendant                                       Date of Birth

160 EAST 103 STREET                                0474252R
Address                                         NYSID Number

NEW YORK            NY    10039                    07/11/2018
City               State   Zip                  Date of Arrest/Issue

Docket Number: 2018NY029439              Summons No:

PL 120.14 01 AM,PL 265.01 02 AM,PL 240.26 01 V,
Arraignment Charges


Case Disposition Information:

   Date          Court Action                 Judge              Part
10/17/2018  DISM - SPEEDY TRIAL PROVISIONS  THOMPSON,A            D
```

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY        _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

  SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]


     I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.
FANELLI,R                                    11/28/2018
COURT OFFICIAL SIGNATURE AND SEAL             DATE        FEE: NONE


(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
          SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

*SEALED*
pursuant to Section 160.50 of the CPL

18-18 Hazen Street
E. Elmhurst, NY 11370
Curtis McDaniel 3491901551

SDNY RECEIVED PRO SE OFFICE
2019 APR 19 PM 2:22
S.D. OF N.Y.

NEW YORK NY 100
16 APR 2019 PM 11 L

Pro se intake Unit
500 Pearl Street
New York, N.Y. 10007

10007-431699