UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CURTIS McDANIEL,

      Plaintiff,

   - against -

CITY OF NEW YORK, *et al.*,

      Defendants.
-------------------------------------------------------------X

**ORDER**

19-CV-3526 (JPO) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

On June 15, 2020, the Court received defendant City of New York's letter update on the status of the Civilian Complaint Review Board's ("CCRB") investigation into the incident alleged in plaintiff's complaint. Dkt. No. 40. The City stated in its letter that it would not mail a courtesy copy of its status update to the plaintiff "absent a Court Order to do so." *Id.* at 1, n.2. The Court hereby orders the City to mail a courtesy copy of its June 15 letter and all subsequent letter updates on the CCRB's investigation to plaintiff.

  **SO ORDERED.**

Dated: June 17, 2020
   New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed to:**
Curtis McDaniel
NYSID: 00474252R
B&C No. 3491901551
Bare Hill C.F.
Caller Box 20
181 Brand Rd.
Malone, NY 12953

1