```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CURTIS McDANIEL,

                Plaintiff,

           - against -

CITY OF NEW YORK, *et al.*,

                Defendants.
------------------------------------------------------------X

**ORDER**

19-CV-3526 (JPO) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      Pursuant to this Court's Order dated October 9, 2020 (Dkt. No. 51), *pro se* plaintiff's second amended complaint was served on all of the newly identified john doe defendants, except for defendants Officer Howell and Leader. The United States Marshals Service (USMS) indicated that it was unable to serve these defendants because (1) Officer Howell was not located at the address provided by the City as he had been "reassigned" out of the 32nd Precinct Detective Squad (Dkt. No. 55); and (2) the attempted service by mail via USPS at the address provided for Leader was returned as undeliverable (Dkt. No. 59). In light of Officer Howell's reassignment, the City is directed to provide an updated address for Officer Howell by **February 26, 2021**. Moreover, because the USMS is unable to serve Leader at the address provided by plaintiff in his second amended complaint, plaintiff is directed to provide the Court with a corrected address for Leader no later than **February 26, 2021**.

      Finally, all defendants who have been served are directed to respond to plaintiff's second amended complaint by **February 26, 2021**. After defendants

1

have responded to the second amended complaint, the Court will issue an order scheduling an initial conference by telephone to discuss both the timing and scope of discovery and the possibility of settlement.

**SO ORDERED.**

Dated:  February 5, 2021
       New York, New York

JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed to:**
Curtis McDaniel
NYSID: 00474252R
B&C No. 3491901551
Bare Hill C.F.
Caller Box 20
181 Brand Rd.
Malone, NY 12953