USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CURTIS A. MCDANIEL,

                                         Plaintiff,

              -v-

CITY OF NEW YORK, *et al.*,

                                         Defendants.

------------------------------------------------------------------------ x

**ORDER TO PRODUCE INMATE FOR DEPOSITION**

19 Civ. 3526 (JPO) (JLC)

**HON. JAMES L. COTT**
**UNITED STATES MAGISTRATE JUDGE**

        Upon the application of defendants for leave to take the deposition of plaintiff Curtis McDaniel, DIN #20A0242, an inmate within Bare Hill Correctional Facility, the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

        **IT IS HEREBY ORDERED**: that the Warden or other official in charge of Bare Hill Correctional Facility, located at 181 Brand Road, Malone, NY 12953, produce inmate Curtis McDaniel, DIN #20A0242, at a location within the facility for the taking of his deposition by video teleconference on August 19, 2021, at 10:00 a.m. and for so long thereafter as the deposition continues, and that plaintiff appear in such place as designated by the Warden or other official in charge of Bare Hill Correctional Facility, so that his deposition may be taken.

Dated: New York, New York
           August 12   , 2021

_____
JAMES L. COTT
United States Magistrate Judge