UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CURTIS A. MCDANIEL,

                            Plaintiff,

              -v-

THE PEOPLE OF THE STATE OF NEW YORK, *et al.*,

                            Defendants.

19-CV-3526 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

      On March 9, 2022, Defendants filed a motion for summary judgment. (Dkt. No. 92.) Plaintiff has not yet responded to the motion. Plaintiff is informed that if he fails to submit a response by May 27, 2022, the motion for summary judgment will be treated as unopposed.

      The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated: April 27, 2022
       New York, New York

                                                  J. PAUL OETKEN
                                             United States District Judge